**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Mary Gail Ortiz, Nroberto Ortiz, and Roland Refugio-Rubio, Defendants,

Of whom Roland Refugio-Rubio is the Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2016-001397

———————————

Appeal From Horry County
Ronald R. Norton, Family Court Judge

———————————

Unpublished Opinion No. 2017-UP-057
Submitted December 22, 2016 – Filed January 20, 2017

———————————

**AFFIRMED**

———————————

Russell W. Hall, III, of The Law Office of Russell W. Hall III, of Myrtle Beach, for Appellant.

Charles Richard Rhodes, Jr., of Charles R. Rhodes Jr. PC, of Conway, for Respondent.

Ian Andrew Taylor, of The Taylor Law Office L.L.C., of Pawleys Island, for the Guardian ad Litem.

_____

**PER CURIAM:**  Roland Refugio-Rubio appeals the family court's final order terminating his parental rights to his minor children.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2016).  Upon a thorough review of the record and the family court's findings of facts and conclusions of law pursuant to *Ex Parte Cauthen*, 291 S.C. 463, 354 S.E.2d 381 (1987), we find no meritorious issues that warrant briefing.  Accordingly, we affirm the family court's ruling and relieve Refugio-Rubio's Counsel.

**AFFIRMED.**[1]

**LOCKEMY, C.J., and KONDUROS and MCDONALD, JJ., concur.**

_____

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.